AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Nathaniel Ford, Jr.<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. *8:26-MJ-2411-AEP*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 5, 2026__ in the county of __Manatee__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery; and |
| 18 U.S.C. § 924(c) | Possession of a Firearm During a Crime of Violence |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Wetherington Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __7/9/26__

_____
*Judge's signature*

City and state: __Tampa, Florida__    ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason Wetherington, being duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.       I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since January of 2016. I am currently assigned to the Tampa Field Division, which is located in the Middle District of Florida. I have over nine years of law enforcement training and experience. This training and experience includes, but is not limited to, the earning of a Bachelor of Science degree from the University of Central Florida, a Master of Business Administration from the University of Miami (Florida), the completion of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, and the completion of ATF's New Agent Training program. During my time at ATF, I have led and participated in numerous investigations involving violent crime and firearm offenses which have resulted in the arrests of numerous individuals and the seizures of firearms. I have executed or assisted in executing numerous search warrants resulting in the seizure of firearms.

2.       This affidavit is based on my personal knowledge and observations, information from fellow law enforcement officers, police reports, and my training and experience. Because of the limited purpose of this affidavit, however, I have not included each and every fact known to me, but only those facts that I believe are necessary to establish probable cause in support of a criminal complaint charging Nathaniel FORD Jr. with the crime of Interference with Commerce by Robbery in

1

violation of 18 U.S.C. § 1951 and Use of a Firearm in Furtherance of a Federal Crime of Violence 18 U.S.C. § 924(c).

## PROBABLE CAUSE

3. Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Federal Bureau of Investigation ("FBI"), and detectives with the Manatee County Sheriff's Office ("MCSO") are investigating an armed robbery that occurred at Kay Jewelers 5461 Factory Shops Blvd, Ellenton, Florida, in violation of 18 U.S.C. § 1951 (interference with commerce by threats or violence) and 18 U.S.C. § 924(c) (use of a firearm in furtherance of a federal crime of violence) that took place in the Middle District of Florida.

4. On July 5, 2026, at approximately 5:49 P.M., MCSO deputies received a call for service in reference to an armed robbery at the Kay Jewelers, also located at the Ellenton Premier Outlet Mall in Ellenton, Florida. The suspect was described as a black male with a black curly wig and a medical mask; during the robbery, the male produced a two-tone semiautomatic pistol which had a "teal" colored slide and black frame.

5. The male walked into the store holding a blue bag and stated, "this is a robbery," and walked the employees through the store and pointed out certain items for the employees to place into the bag. At the conclusion of the robbery, the suspect ran eastbound out of the store towards the main parking lot.

2

6.     Investigators reviewed surveillance video depicting the robber enter Kay Jewelers holding a dark blue Sketchers bag over the counter to an employee ("Victim-1") before asking them to place the jewelry into the bag. The robber took miscellaneous jewelry and lab grown diamonds valued at an estimated $257,000 according to Kay Jewlers itemized list. The robber is seen holding a semi-automatic pistol with teal/blue slide and black frame during the robbery. The robber took the property of Kay's jewelers store against the store employees will and by using threatened force or violence through conducting the robbery with a firearm.

7.     Kay Jewelers conducts business transactions participating in and affecting interstate commerce. They sell a wide variety of fine jewelry, watches, and other items. Kay Jewlers has locations in 1,000 communities nationwide. Further, Kay Jeweler's ability to conduct business affecting interstate commerce would have been hindered during and following the armed robbery. Specifically, the store was closed for a period of time as result of the ensuring investigation. The robber's actions obstructed, delayed and affected interstate commerce as a result.

8.     On July 7, 2026, HCSO deputies were able to locate a 2013 black BMW registered to **FORD** with use of the active cell phone pings; mobile surveillance was conducted and the vehicle was observed arriving at FORD's residence located at 7722 Maroon Peak Drive in Ruskin, Florida 33573. HCSO deputies continued to follow the vehicle after it again left the residence and was able to identify **FORD** as an occupant of the vehicle. The pings for the device associated with **FORD**

3

continued to follow the vehicle after it left the residence, investigators confirmed **FORD** to be in possession of the device.

9.    On July 9, 2026, ATF, FBI, MCSO, and HCSO executed a federal residential search warrant at 7722 Maroon Peak Drive, Ruskin, Florida 33573. During a search of the residence multiple items of evidentiary value were recovered to include, a teal/black Taurus semi-automatic pistol believed to be used in the robbery, clothing items, bags, jewelry, Furnace used for melting gold, a cellular telephone belonging to FORD known by investigators to be on his person during the commission of the robbery, and many more items.

10.    Investigators interviewed **FORD**, post-*Miranda*, who admitted to robbing the Kay Jewler's on July 5, 2026 and that he used the teal/black Taurus semi-automatic pistol in the commission of all his robberies.[1]

---

[1] During this interview FORD admitted to possessing the same teal/black semi-automatic pistol during the commission of multiple armed robberies.

4

## CONCLUSION

11.    Based on the information above, I believe there is probable cause that,

on July 5, 2026, Nathaniel **FORD** Jr. committed a Hobbs Act Robbery in violation

of 18 U.S.C. § 1951 and Use of a Firearm in Furtherance of a Federal Crime of

Violence 18 U.S.C. § 924(c).

Jason Wetherington
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Affidavit submitted to me by reliable electronic means and attested to me as true and
accurate by telephone or other reliable electronic means and sworn to by the
applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3)
via telephone this ___ day of July 2026.

ANTHONY E. PORCELLI
United States Magistrate Judge

5