**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** | 8:26-mj-2411 AEP | | **DATE:** | July 10, 2026 |
|---|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL FORD, JR. | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>Christian Adkins AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:**   Digital | | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | 2:09 TO 2:35 | **TOTAL:** 26 Minutes | **PRETRIAL:** | Charlene Cohen |
| | | | **COURTROOM:** | 10A |

**PROCEEDINGS:**   **INITIAL APPEARANCE & PRELIMINARY HEARING**

Defendant present                 Arrest date: July 10, 2026

Defendant provided copy of complaint.

Court summarized charges; court advises defendant of rule 5 rights

Oral motion to appoint counsel.    Oral motion granted.

Financial affidavit submitted; Public Defenders office is appointed.

Preliminary hearing HELD.    Agent Wetherington sworn.

Court finds probable cause.

Bond:  <u>Government</u>, moves for detention.

        <u>Defendants</u> seeking a continuance of the bond hearing until Monday, July 13, at 2:00 pm

Court:    Defendant ordered temporarily detained.    Detention hearing continued before Judge Griffin on 7/13 at 2:00 pm.

Defendant remanded to custody of USMS.

Due process order.