# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **v.**                        **Case No. 8: 26-MJ-2411-AEP-1**

**NATHANIEL FORD, JR.**

_____/

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Nathaniel Ford. Jr., in the above-styled cause. The Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal Defender, as counsel for the Defendant.

DATED this 13th day of July 2026.

                                 Respectfully submitted,

                                 CHARLES L. PRITCHARD, JR.
                                 FEDERAL PUBLIC DEFENDER

                                 */s/ Ryan J. Maguire*
                                 Ryan J. Maguire,
                                 Assistant Federal Public Defender
                                 Florida Bar No. 117534
                                 400 North Tampa St. Suite 2700
                                 Tampa, FL 33602
                                 Telephone: (813) 228-2715
                                 Facsimile: (813) 228-2562
                                 Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Christian Adkins, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender