**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-mj-2411-AEP | **DATE:** | July 13, 2026 |
| **HONORABLE LINDSAY S. GRIFFIN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL FORD JR. | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Christian Adkins AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Amanda Craig |
| **TIME:** 2:12 PM –2:31 PM | **TOTAL:** 19 MIN | **PRETRIAL:** | Charlene Cohen |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS: DETENTION HEARING**

Court calls the case.

Detention Hearing held as a carryover matter from Duty matters on Friday, July 10th, 2026, before Magistrate Judge Anothony E. Porcelli.

Government moves for detention. Proffer from the Government.

Defendant moves for pretrial release/opposes the Government's motion for detention. Proffer from the Defendant.

Court orders Defendant detained pending further proceedings in this case.

Oral motion by defendant for a medical evaluation order. Court grants oral motion and will enter a Medical Order.

Defendant remanded to custody of USMS.