# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No.: 8:26-mj-2411-AEP

NATAHNIEL FORD JR.

_____/

## MEDICAL ATTENTION ORDER

This defendant is in the custody of the United States Marshal. The defendant stated at the hearing that he is prescribed medications in which he is not receiving while in custody. Accordingly, the defendant must be evaluated and must receive necessary medication unless discontinued by a physician.

**ORDERED** in Tampa, Florida, on this 13th day of July, 2026.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service