AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

United States of America
v.
Nathaniel Ford, Jr.

)
)
)
)
)
)
)

Defendant

Case No. 8:26-MJ-2411-AEP

RECEIVED U.S. MARSHALS
2026 JUL 10 AM 11:29

JUL 13 2026 PM3:06
FILED - USDC - FLMD - TPA

### ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Nathaniel Ford, Jr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Date: ___July 9, 2026_____

_____
*Issuing officer's signature*

City and state:    Tampa, Florida

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9 July 26 , and the person was arrested on *(date)* 9 July 26
at *(city and state)* Pinellas County, FL

Date: 10 July 26

_____
*Arresting officer's signature*

ORTIZ, FRANK A.
*Printed name and title*